FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 AUG 10  PM 12:44

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )     CRIMINAL NO. 12- 1968 RB
                                    )
       vs.                          )     8 U.S.C. §§ 1326(a) and 1326(b):
                                    )     Re-entry of a Removed Alien
JOSE LUIS CARDOZA-FACIO,            )
                                    )
              Defendant.            )

## INFORMATION

The United States Attorney charges:

On or about August 2, 2012, the defendant, **JOSE LUIS CARDOZA-FACIO**, an alien,

having knowingly reentered the United States, was found in Luna County, in the District of New

Mexico, contrary to law in that on or about May 15, 2011, the defendant had been deported, excluded

and removed and departed the United States, while an Order of Exclusion, Deportation and Removal

was outstanding, and the defendant had not obtained the express consent of the Secretary for

Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and 1326(b).

KENNETH J. GONZALES
United States Attorney

AMANDA L. GOULD
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM 88011
(575) 522-2304